

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jessica Fagalnifin,<br><br>         Plaintiff,<br><br>    v.<br><br>First Technology Federal Credit Union,<br><br>         Defendant. | No. 2:22-cv-00734-KJM-JDP<br><br>ORDER |

## **ORDER**

Having reviewed and considered the Stipulation and good cause appearing between Plaintiff and Defendant for leave of Court for Plaintiff to file a Second Amended Complaint;

**IT IS HEREBY ORDERED AS FOLLOWS:**

Plaintiff Jessica Fagalnifin's leave of Court for Plaintiff to file a Second Amended Complaint for damages, to remedy pleading deficiencies in the allegation relating to Plaintiff's Private Attorneys General Act claim against Defendant, is hereby granted.  Plaintiff shall file the Second Amended Complaint within seven days of the filing date of this Order.

By stipulating to Plaintiff's amendment of the complaint, Defendant has not waived any challenges to the amended pleading.

Defendant's response to the Second Amended Complaint shall be due within twenty-one (21) days after the order of the court accepting the amended complaint for filing.

1

**ORDER FOR PLAINTIFF'S SECOND AMENDED COMPLAINT**

1     **IT IS SO ORDERED.**

2 DATED: March 22, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE



2

**ORDER FOR PLAINTIFF'S SECOND AMENDED COMPLAINT**