**WRIGHT LAW CORPORATION**
RYAN C. WRIGHT (SBN 318267)
ryan.wright@wrightlawcorp.com
CHARLES RAUB (SBN 346566)
charles.raub@wrightlawcorp.com
2999 Douglas Blvd., Suite 180
Roseville, California 95661
Telephone: 916.299.0331

Attorneys for Plaintiff
Jessica Fagalnifin

Alden J. Parker (SBN 196808)
E-Mail:  aparker@fisherphillips.com
Erin J. Price (SBN 319331)
E-Mail:  eprice@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile:  (916) 210-0401

Attorneys for Defendant
FIRST TECHNOLOGY FEDERAL CREDIT UNION
D/B/A FIRST TECH FEDERAL CREDIT UNION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA FAGALNIFIN,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST TECHNOLOGY FEDERAL CREDIT UNION D/B/A FIRST TECH FEDERAL CREDIT UNION, a federally chartered credit union,<br><br>    Defendants. | CASE NO.:  2:22-cv-00734-DJC-JDP<br><br>*[Originally Placer County Superior Court Case No. S-CV-0048175]*<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE PRE-TRIAL DATES**<br><br>Complaint Filed: March 15, 2022<br>First Amended Complaint: January 26, 2023<br>Second Amended Complaint: March 23, 2023<br>Trial Date: None Set |

**ORDER**

Having read and considered the Parties' Joint Stipulation, for good cause appearing, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff and Defendant each shall be given leave to propound eight (8) interrogatories beyond the numerical limit imposed by Federal Rule of Civil Procedure Rule 33;

2. The current Pre-Trial deadlines be continued as follows:

    a. Fact discovery shall be completed by July 15, 2024

    b. Expert disclosures shall be completed by September 16, 2024

    c. Rebuttal expert witnesses shall be exchanged by October 15, 2024

    d. All expert discovery shall be completed by November 15, 2024

    e. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications shall be <u>filed</u> by December 16, 2024 and noticed for hearing on February 6, 2025, at 1:30 PM.

    f. Final Pretrial Conference set for April 24, 2025, at 1:30 PM. The parties are directed to file a joint pretrial statement that complies with the requirements of Local Rules 281 and 282 and Judge Calabretta's Standing Order in Civil Cases not less than seven (7) days prior to the Pretrial Conference.

    g. Jury Trial set for June 16, 2025, at 9:00 AM.

    h. The Parties shall file a Joint Status Report by: August 15, 2024, regarding their settlement efforts and whether they request a Court settlement conference date or referral to the Voluntary Dispute Resolution Program ("VDRP") prior to any Pre-Trial Conference.

3. Defendant's response to Plaintiff's Motion for Leave to Serve Additional Discovery and to Modify Scheduling Order, ECF No. 18, was to be filed no later than fourteen (14) days after said motion was filed. <u>See</u> E.D. Cal. L.R. 230(c). To date, Defendant has not filed the required response. Failure to file a timely opposition may be construed by the Court as a non-opposition to the motion. <u>Id.</u> As such, and in light of the parties' Stipulation at ECF No. 20, Plaintiff's motion is GRANTED. Plaintiff may serve the eight specially prepared interrogatories referenced in her motion. The motion hearing set for 8/17/2023 is VACATED.

**IT IS SO ORDERED**.

Dated:  July 17, 2023                                  /s/ Daniel J. Calabretta
                                                                        THE HONORABLE DANIEL J. CALABRETTA
                                                                        UNITED STATES DISTRICT JUDGE