1  **WRIGHT LAW CORPORATION**
   RYAN C. WRIGHT (SBN 318267)
2  ryan.wright@wrightlawcorp.com
   CHARLES RAUB (SBN 346566)
3  charles.raub@wrightlawcorp.com
   2999 Douglas Blvd., Suite 180
4  Roseville, California 95661
   Telephone: 916.299.0331
5

   Attorneys for Plaintiff
6  Jessica Fagalnifin

7

   Alden J. Parker (SBN 196808)
8  E-Mail: aparker@fisherphillips.com
   Erin J. Price (SBN 319331)
9  E-Mail: eprice@fisherphillips.com
   FISHER & PHILLIPS LLP
10 621 Capitol Mall, Suite 1400
   Sacramento, California 95814
11 Telephone: (916) 210-0400
   Facsimile: (916) 210-0401
12

   Attorneys for Defendant
13 FIRST TECHNOLOGY FEDERAL CREDIT UNION
   D/B/A FIRST TECH FEDERAL CREDIT UNION
14

15

16                    UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  JESSICA FAGALNIFIN, an individual | Case No.: 2:22-cv-00734-DJC-JDP |
| 19              Plaintiff, | *[Originally Placer County Superior Court Case No. S-CV-0048175]* |
| 20  vs. | |
| 21  FIRST TECHNOLOGY FEDERAL | **JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES; ORDER** |
| 22  CREDIT UNION d/b/a FIRST TECH FEDERAL CREDIT UNION, a federally | |
| 23  chartered credit union | |
| 24              Defendant. | Complaint Filed: March 15, 2022
First Amended Complaint: January 26, 2023
Second Amended Complaint: March 23, 2023
Trial Date: June 20, 2025 |

1



**JOINT STIPULATION TO CONTINUE TRIAL AND RELATED PRE-TRIAL DEADLINES**

Plaintiff JESSICA FAGALNIFIN ("Plaintiff") and Defendant FIRST TECHNOLOGY FEDERAL CREDIT UNION D/B/A FIRST TECH FEDERAL CREDIT UNION ("Defendant;" collectively referred to as the "Parties"), through their counsel of record hereby jointly stipulate and respectfully request that the Court extend the deadlines currently set forth in the Court's Order Granting Joint Stipulation to Continue Pre-Trial Dates dated July 18, 2023 (Dkt. No. 21) ("Order"). In support of their Stipulation and Proposed Order, the Parties state as follows:

WHEREAS, Plaintiff filed her Complaint in the Superior Court of California, County of Placer, which Defendant removed to this Court on April 29, 2022 (Dkt. No. 1);

WHEREAS on July 18, 2023, in its Order, the Court set the following pre-trial dates:

Fact discovery shall be completed by July 15, 2024;

Expert disclosures shall be completed by September 16, 2024;

Rebuttal expert witnesses shall be exchanged by October 15, 2024;

All expert discovery shall be completed by November 15, 2024;

All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications shall be filed by December 16, 2024 and noticed for hearing on February 6, 2025, at 1:30 PM;

Final Pretrial Conference set for April 24, 2025, at 1:30 PM, with the Parties being directed to file a joint pretrial statement no less than seven (7) days prior to the Pretrial Conference;

The Parties shall file a Joint Status Report no later than August 15, 2024;

Jury Trial set for June 16, 2025, at 9:00 AM.

WHEREAS, counsel for the Parties previously engaged in informal settlement discussions, which Plaintiff halted upon amending her Complaint due to the additional scope of the claims asserted. (Dkt. Nos. 12, 15).

WHEREAS, the Parties remain amenable to resuming settlement discussions, but believe additional discovery is required before meaningful discussion can be effectuated;

WHEREAS, both Parties have propounded discovery requests on the other which are presently outstanding and for which the Parties have engaged in extensive meet and confer efforts

///



1  and pre-motion conferences before Hon. Jeremy Peterson and reached agreement on forthcoming
2  supplemental responses;

3  WHEREAS, the Parties previously requested an extension of the pre-trial dates in this
4  matter (Dkt. No. 20);

5  WHEREAS, notwithstanding the above-mentioned extension, the Parties agree that
6  additional time to conduct pretrial discovery—and to engage in attendant motion practice as may
7  be necessary—without continuing trial itself, will allow them to fully present their claims and
8  defenses at trial;

9  WHEREAS, the proposed extensions of pre-trial discovery deadlines will not delay or
10 prejudice the timely resolution of this case;

11 WHEREAS, Federal Rule of Civil Procedure 16(b)(4) requires good cause and judicial
12 consent as prerequisites to modifying a scheduling order; and

13 WHEREAS, the Parties have been informed by the Court that a continuance of pre-trial
14 dates requires a continuance of the Final Pretrial Conference and Trial start dates.

15 THEREFORE, THE PARTIES HEREBY STIPULATE to, and seek an order from this
16 Court permitting the following:

17 The current pretrial deadlines and trial date be continued as follows:
18   1.   Fact discovery shall be completed by: February 15, 2025;
19   2.   Expert disclosures shall be completed by: March 15, 2025;
20   3.   Rebuttal expert witnesses shall be exchanged by: April 15, 2025;
21   4.   All dispositive motions, except for motions for continuances, temporary restraining
22 orders or other emergency applications shall be filed by: April 15, 2025;
23   5.   All dispositive motions, except for motions for continuances, temporary restraining
24 orders or other emergency applications shall be heard by: June 12, 2025 at 1:30 PM;
25   6.   The Final Pretrial Conference shall be held on August 28, 2025 at 1:30 PM;
26   7.    Jury trial shall commence on October 20, 2025 at 8:30 AM; and
27 ///
28 ///



8. The Parties shall file a Joint Status Report no later than December 15, 2024, regarding their settlement efforts and whether they request a Court settlement conference date or referral to the Voluntary Dispute Resolution Program ("VDRP") prior to any Pre-Trial Conference.

DATED: July 22, 2024                    Wright Law Corporation

By:_____
Ryan C. Wright
Charles Raub
Attorneys for Plaintiff
Jessica Fagalnifin

DATED:                                  Fisher & Phillips LLP

By:_____
Alden J. Parker
Erin J. Price
Attorneys for Defendant
Jessica First Technology Federal Credit Union d/b/a First Tech Federal Credit Union



**JOINT STIPULATION TO CONTINUE TRIAL AND RELATED PRE-TRIAL DEADLINES**

**WRIGHT LAW CORPORATION**
RYAN C. WRIGHT (SBN 318267)
ryan.wright@wrightlawcorp.com
CHARLES RAUB (SBN 346566)
charles.raub@wrightlawcorp.com
2999 Douglas Blvd., Suite 180
Roseville, California 95661
Telephone: 916.299.0331

Attorneys for Plaintiff
Jessica Fagalnifin


Alden J. Parker (SBN 196808)
E-Mail:  aparker@fisherphillips.com
Erin J. Price (SBN 319331)
E-Mail:  eprice@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile:  (916) 210-0401

Attorneys for Defendant
FIRST TECHNOLOGY FEDERAL CREDIT UNION
D/B/A FIRST TECH FEDERAL CREDIT UNION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA FAGALNIFIN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>FIRST TECHNOLOGY FEDERAL CREDIT UNION d/b/a FIRST TECH FEDERAL CREDIT UNION, a federally chartered credit union<br><br>Defendant. | Case No.: 2:22-cv-00734-DJC-JDP<br><br>*[Originally Placer County Superior Court Case No. S-CV-0048175]*<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND RELATED PRE_TRIAL DEADLINES**<br><br>Complaint Filed: March 15, 2022<br>First Amended Complaint: January 26, 2023<br>Second Amended Complaint: March 23, 2023<br>Trial Date: June 20, 2025 |



**ORDER**

Having read and considered the Parties' Joint Stipulation, for good cause appearing, IT IS HEREBY ORDERED as follows:

The current pretrial deadlines and trial start date shall be continued as follows:

1. Fact discovery shall be completed by: February 15, 2025;

2. Expert disclosures shall be completed by: March 15, 2025;

3. Rebuttal expert witnesses shall be exchanged by: April 15, 2025;

4. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications shall be filed by: April 15, 2025;

5. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications shall be heard by: June 12, 2025 at 1:30 PM;

6. The Final Pretrial Conference shall be held on August 28, 2025 at 1:30 PM;

7. Jury trial shall commence on October 20, 2025 at 8:30 AM; and

8. The Parties shall file a Joint Status Report by: December 15, 2024, regarding their settlement efforts and whether they request a Court settlement conference date or referral to the Voluntary Dispute Resolution Program ("VDRP") prior to any Pre-Trial Conference.

**IT IS SO ORDERED.**

Dated:  July 22, 2024            /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE

