UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA FAGALNIFIN,<br><br>Plaintiff,<br><br>v.<br><br>FIRST TECHNOLOGY FEDERAL CREDIT UNION,<br><br>Defendant. | Case No. 2:22-cv-00734-DJC-JDP<br><br>ORDER AFTER HEARING |

This case was before the court on August 22, 2024, for hearing on plaintiff's motion to compel defendant to provide further responses to her Requests for Production of Documents, Set Two. ECF No. 43. Attorney Charles Raub appeared on behalf of plaintiff. Attorney Erin Price appeared on behalf of defendant.

For the reasons state on the record, it is hereby ORDERED that plaintiff's motion to compel, ECF No. 43, is granted in part and denied in part as follows:

1. The motion is granted as to plaintiff's Request for Production of Documents Numbers 23-26.

2. By no later than October 7, 2024, defendant shall produce all documents responsive to these requests.[1]

---

[1] If appropriate, defendant may produce documents pursuant to the June 24, 2024 protective order. *See* ECF No. 39.

1

3. The balance of the motion is denied.

IT IS SO ORDERED.

Dated:   August 26, 2024

                                    JEREMY D. PETERSON
                                    UNITED STATES MAGISTRATE JUDGE