**WRIGHT LAW CORPORATION**
RYAN C. WRIGHT (SBN 318267)
ryan.wright@wrightlawcorp.com
CHARLES RAUB (SBN 346566)
charles.raub@wrightlawcorp.com
2999 Douglas Blvd., Suite 180
Roseville, California 95661
Telephone: 916.299.0331

Attorneys for Plaintiff
Jessica Fagalnifin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA FAGALNIFIN, an individual<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FIRST TECHNOLOGY FEDERAL CREDIT UNION D/B/A FIRST TECH FEDERAL CREDIT UNION, a federally chartered credit union; DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-00734-DJC-JDP<br><br>*[Originally Placer County Superior Court Case No. 2-CV-0048175]*<br><br>**REQUEST FOR DISMISSAL**<br><br>Action Filed: March 15, 2022<br>Trial Date: October 20, 2025 |

TO ALL PARTIES, THEIR RESPECTIVE ATTORNEYS OF RECORD, AND THE COURT:

Plaintiff JESSICA FAGALNIFIN, by and through her counsel of record, hereby requests that the Court dismiss Plaintiff's Sixth Cause of Action for Libel, including Plaintiff's prayer for punitive damages, as alleged against all defendants, and Plaintiff's Seventh Cause of Action for Intentional Infliction of Emotional Distress, including Plaintiff's prayer for punitive damages, as alleged against all defendants, with prejudice from the above-entitled matter. Pursuant to agreement between Plaintiff JESSICA FAGALNIFIN and Defendant FIRST TECHNOLOGY FEDERAL CREDIT UNION D/B/A FIRST TECH FEDERAL CREDIT UNION, each party shall bear that party's own attorney's fees and costs.

1



**REQUEST FOR DISMISSAL OF CAUSES OF ACTION**

1     Respectfully submitted.

3   DATED: April 15, 2025                           Wright Law Corporation

                                                  By: *Charles Raub*
                                                      Charles Raub
                                                      Attorney for Plaintiff
                                                      Jessica Fagalnifin



**REQUEST FOR DISMISSAL OF CAUSES OF ACTION**

**ORDER**

The Court having reviewed Plaintiff JESSICA FAGALNIFIN'S Request for Dismissal, and good cause appearing therefor:

IT IS HEREBY ORDERED THAT Plaintiff's Request to dismiss with prejudice Plaintiff's Sixth Cause of Action for Libel, including Plaintiff's prayer for punitive damages, as alleged against all defendants, and Plaintiff's Seventh Cause of Action for Intentional Infliction of Emotional Distress, including Plaintiff's prayer for punitive damages, as alleged against all defendants, with prejudice from the above-entitled matter is granted. Each party shall bear that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: April 24, 2025                   /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE



REQUEST FOR DISMISSAL OF CAUSES OF ACTION