**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

JESSICA FAGALNIFIN,

Plaintiff,

v.

FIRST TECHNOLOGY FEDERAL CREDIT UNION,

Defendant.

Case No.: 2:22-cv-00734-DJC-JDP

**ORDER OF DISMISSAL WITH PREJUDICE**

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Court having previously approved the Parties' PAGA Settlement, following notice to the LWDA, by order dated August 3, 2026 (Dkt. No. 90), and having dismissed Plaintiff's individual and representative PAGA claims asserted in its Fifth Cause of Action, the above-captioned action, including all remaining causes of action asserted therein by Plaintiff, is hereby DISMISSED WITH PREJUDICE in its entirety, subject to and in accordance with the terms of the Parties' Individual Settlement and PAGA Settlement agreements referenced in the Parties' stipulation. Except as otherwise provided in those settlement agreements, each party shall bear its own attorneys' fees and costs. The Court retains jurisdiction solely to enforce the terms of the PAGA Settlement. The Clerk of Court is directed to close this case.

Dated: September 3, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE